

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2018

No. 04-17-00676-CV

Peggy Sue **BUTLER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16620A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's brief was originally due January 19, 2018. Neither the brief nor a motion for extension of time has been filed. We therefore **order** appellant to file, **on or before February 12, 2018**, her appellant's brief and a written response reasonably explaining her failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court